1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9
10    UNITED STATES OF AMERICA,

11            Plaintiff,

Case No. 2:08-cv-1213-LDG (RJJ)
Case No. 2:94-cr-00020-LDG (RJJ)

12    v.

**ORDER**

13    DONTE LAMONT LOFTON,

14            Defendant.

15
16
17            The defendant, Donte Lamont Lofton, has filed an untimely petition (#208) to vacate,

18    set aside or correct sentence pursuant to 28 U.S.C. §2255.  Lofton filed the present petition

19    more than two years after judgment became final in this matter.  The United States moves

20    to dismiss (#217) the petition because of this untimeliness.  Accordingly, for good cause

21    shown,

22            THE COURT **ORDERS** that the United States' Motion to Extend Time (#216) is

23    GRANTED;

24            THE COURT FURTHER **ORDERS** that the United States' Motion to Dismiss (#217)

25    is GRANTED;

26

1    THE COURT FURTHER **ORDERS** that Donte Lamont Lofton's Petition to Vacate,

2  Set Aside, or Correct Sentence (#208) is DISMISSED.

3

4  DATED this ____ day of August, 2010.

5

6                                                        _____
                                                        Lloyd D. George

7                                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26